■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK LAKE, Appellant. [598 NYS2d 973] —Appeal by the defendant from a judgment of the County Court, Nassau County (Harrington, J.), rendered May 31, 1991, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict is not against the weight of the evidence (see, CPL 470.15 [5]).

We find that the sentence imposed is not unduly harsh or excessive (see, People v Suitte, 90 AD2d 80). The defendant's remaining contentions are either unpreserved for appellate review or without merit. Bracken, J. P., Miller, O'Brien and Pizzuto, JJ., concur.